UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:                                              )
                                                    )
ROBERT J. BATCHELDOR          )    CASE NO.  06-32435
MAUREEN C. BATCHELDOR     )    CHAPTER 13
                                                    )
            DEBTORS              )
_____)

**OBJECTION TO CONFIRMATION**

       Comes now JPMorgan Chase Bank, N.A., successor by merger to Bank One, NA (hereinafter "JPMorgan Chase"), a secured creditor, by counsel, and objects to confirmation of the debtors' Chapter 13 Plan.  As basis therefor, JPMorgan Chase states as follows:

       1.    JPMorgan Chase objects to the $4,650.00 valuation placed upon its collateral by the debtors.  JPMorgan Chase respectfully submits that its collateral has a retail book value of $6,625.00 (per the attached copy of the NADA Official Used Car Guide).  Accordingly, JPMorgan Chase's loan should be treated as "fully secured" in the amount of $6,053.39, plus its attorney fees.

       2.    JPMorgan Chase further objects to the $4,650.00 valuation set forth in Paragraph No. 4(c)(2) of the Chapter 13 Plan, because the debtors purchased JPMorgan Chase Bank's collateral (the 2001 Ford Focus) within 910 days prior to the filing of the bankruptcy petition herein.

       3.    JPMorgan Chase objects to the 8 percent interest rate proposed by the Chapter 13 Plan.  JPMorgan Chase submits that it is entitled to a "market" rate of interest pursuant to In Re: Till, presumably "prime" plus a risk factor of 1 to 3 percent.

4.  JPMorgan Chase further objects to confirmation of the Chapter 13 Plan, because it fails to provide for sufficient post-confirmation adequate protection payments.

WHEREFORE, JPMorgan Chase respectfully requests that the Court deny confirmation of the Plan as proposed.

    Respectfully submitted,

/s/ Lisa Koch Bryant
Lisa Koch Bryant
Foley Bryant & Holloway
500 West Jefferson Street, Suite 2450
Louisville, Kentucky 40202
(502) 569-7550
COUNSEL FOR
JPMORGAN CHASE BANK, N.A.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was this 26th day of September, 2006, served by electronic mail or regular mail upon the following:

David W. Brangers
Suite 202
436 South 7th Street
Louisville, KY 40203

William W. Lawrence
310 Legal Arts Building
200 S. Seventh Street
Louisville, KY 40202

/s/ Lisa Koch Bryant
Lisa Koch Bryant