UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

TO:     ADVENT MORTGAGE HOME LOANS     )
        ATTEN PAYROLL                  )
        305 N HURSTBOURNE LN STE 120   )
        LOUISVILLE KY 40222            )
                                       )
                                       )
IN RE:                                 )
                                       )
ROBERT J. BATCHELDOR                   )     CASE NO. 06-32435
SS#  XXX-XX-6843                       )
                     Debtor(s)         )
_____)

## ORDER DISCONTINUING WAGE DEDUCTION

The above-named employer having previously been issued an order to deduct wages on the above-captioned Debtor,

IT IS HEREBY ORDERED that the employer discontinue this wage deduction and discontinue the remittance of said wages to Trustee William W. Lawrence.

IT IS FURTHER ORDERED that all money now being held by the employer be released to the Debtor.

A copy of this order shall be mailed to the above-named employer.

                                       ENTERED BY ORDER OF THE COURT
                                       United States Bankruptcy Court
                                       Diane S. Robl, Clerk

Louisville, Kentucky                   By: __S. GREATHOUSE_____
Entered: September 3, 2008                      Deputy Clerk